## The State of New Hampshire
### Judicial Branch – Family Division

Rockingham, SS  
2005-M-184

Salem Family Division

In the Matter of: Josephine Carroll and James J. Carroll, Jr.

### ORDER

The Petitioner filed a Petition To Register Foreign Decree. The parties were divorced in the Commonwealth of Massachusetts. Since the date of divorce, several pleadings have been filed and several Massachusetts courts have issued orders. The Petitioner, in effect, seeks redress from this court for some alleged wrongdoing by judges, the Respondent and the Massachusetts court system in general. She alleges that all of those entities have been guilty of fraud and deceit. Her complaints against the Respondent include willful destruction of her credit, attempted murder and harassment.

This court heard the arguments by each party. The Petitioner is a resident of NH and the Respondent still lives in Massachusetts. This court finds that all of the complaints, actions and alleged bad acts have occurred in Massachusetts. Further, there is no current court order for this court to register. (She has requested a registration of an order that appears to have been modified or superceded by other orders). Registration of these orders will not have the effect sought by the Petitioner.

RECOMMENDED:

Petition To register Foreign Decree is denied.

_Dec. 2, 2005_  
Date

_Bruce F. DalPra_  
Bruce F. DalPra, Master

_12/2/05_  
Date

_[signature]_  
Presiding Justice