FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
2006 MAY 12  OF MASSACHUSETTS

Josephine M. Carroll, et, als.
James J. Carroll, III, plaintiffs

Case No. 01: cv-11670GAO

U.S. DISTRICT COURT
DISTRICT OF MASS.

Vs.

James J. Carroll, Jr. et, als.
        defendants                EXHIBIT LIST

The same documents have been presented for each plaintiff.

1. Brief of David Fulmer who reduced to writing that all actions are based on fraud causing extraordinary loss to the plaintiffs.

2. Picture of 7 Oldham before damages.

3. Picture showing new appliances removed from property and BFI dumpster.

4. MGL ch 266 sec 60 Receiving stolen goods statute. Particularly James J. Carroll, Jr, John Gahan, Robert Costantino, Robert Murray and Brian Sullivan.

5. MGL ch 266 sec 92 Crimes against property - exaggerated statements, false publication pertains to false sheriff sale, false deeds and false dockets as well as false contracts.

6. MGL ch 260 sec 4 Torts for Town employees and deputy sheriffs

7. MGL ch 239 sec 4 Eviction Law which has no basis in law with divorced parties and other factors. Law indicates that contents of home could not be taken when present. See Triple M manifest.

8. Case Law and Doctrine which prohibited all actions that occurred against the plaintiffs which lead to this court.

9. Letter proposal to buy 7 Oldham Road Arlington, dated 2 days before staged eviction with Arlington Police. Home was never listed for sale.

10. Blank false eviction notice delivered with Arlington Police. Clear Fraud. Invalid.

11. 2 Pictures of false arrest and kidnapping from home of the plaintiffs on February 20, 2002.

12. MGL ch 248 sec 33 Habeas Corpus and false arrests.

5/12/06

13. Letter from James J. Carroll, Jr. taunting and demonstrating conspiracy and communication between him and Arlington Police. This post card relates to an unwarranted stop by an Officer Cronin. The defendant could have no knowlege when no one witnessed the stop.

14. Debts of the defendant James J. Carroll, Jr. Substantiating a financial motive.

15. 2 page order from Permanent Injunction MICV 95-6545 Cambridge Superior Court.

16. MGL ch 110 A sec 101 Schemes artifices such as false contracts such as a bogus purchase and sale between defendants Robert Costantino, James J. Carroll, Jr., John Gahan and Catherine Gahan, the defendant James J. Carroll, Jr. and Robert Murray.

17. MGL ch 267 sec 5 Forged deeds and other false writings. This has many applications in this case from Mortgage fraud, bank fraud, credit card fraud, forged checks and falsified court orders.

18. Purchase and Sale agreement of John Gahan. This is a void contract, because all is built on fraud and regardless of claims of good faith which is a blatant lie, one can not be restrained and prohibited, devise a scheme with associates and convert stolen assets to oneself when the true owners of the property were never subject to legal detriment, nor did the seller ever have legal title.

19. Fabricated Quitclaim again void. No title was signed over from Josephine Carroll or James J. Carroll, III

20. Attorney letter indicating title complication discovering forged deeds by attorney who notarized own work contrary to notary rules. This fraud reused to create false title of John Gahan reviving a cancelled deed not allowed and never done by law. That act by law revives the crimes.

21. MGL ch 208 sec 34 Alimony, estate awards and health insurance. This law has regularly been violated to deprive Josephine Carroll of subsistance and to steal Federal Funds garnished for alimony through a Q.D.R.O. in a divorce decree. (See letter from OPM Counsel Murray Meeker) This information provided to OPM with divorce decree but ignored in favor of false order stopping payments through divorce decree.

22. Amended divorce decree

23. Professional Corporation of James J. Carroll, Jr. where Josephine Carroll was denied her lawful half share.

24. 2 pages of order denying conveyancing of property due to fraud.

25. One of the false mortgages obtained on a false title on 120 Great Road Bedford, MA. Shows married in 2000 when parties divorced in 1989.

26. Ruling of fraud on Probate Court by James J. Carroll, Jr. Kidnap and serious injury of adult son James J. Carroll, III with bribed deputy sheriff Steven Donnelly

27. Letter of defendant seeking sadistic enjoyment of false arrest of adult son James.

28. 3 pages False complaint taken against Josephine Carroll, and record falsified to slander and libel Josephine Carroll and cause emotional stress as well as premeditated injury.

29. Lexington Patriot Newspaper Article authored by James J. Carroll, Jr. Public defamation and mistruths, distortions and fabrications to mislead the public. Demonstrates obsession and motives. 2 pages.

30. Extortion demand and libel from James J. Carroll, Jr.

31. MGL ch 266 sec 76 Gross cheat at common law.

32. Letter of Justice Connolly. Indicates execution was forged. Many statements of Justice Connolly were debated by both plaintiffs, clerks and attorneys. Wrong juristiction, Justice Sragow oversees Cambridge, not Lowell or Lawrence. Neil Walker oversaw those courts and remands and hearings have no administrative intervention. Cases are not allowed to be taken across counties and the default was already removed by the regularly sitting Lowell District Court Judge Melahn who would have given a judgement, not judge Pearson as an alleged visiting judge which clerks in 2 courts insist never sat in Lowell, all emphasizing fraud.

33. Manipulated amounts on an invalid execution devised to cover conversion and theft. 2 pages.

34. Dismissal of civil action 93RM95 which all actions of the defendant James J. Carroll, Jr. This post divorce action is the artifice on which all fraud was orchestrated. The case has been called a sham by every ethical attorney. Since the case was dismissed no judgement could enter thereafter. See altered entry on docket. 2 pages.

35. Docket of 93Rm95. This remanded case was falsified to strongarm a false judgement to open the door for conversion and theft of multiple estates on a bogus case. The main defendants the crux of the case were dismissed without fault before remand. Remands generally occur for dismissal and disposal or redirection but by rules usually occur because a case is poor on the merits with an unlikelihood of recovery.

36. Alleged assessment of damages.

37. 3 versions of damages (Amounts once awarded do not change.) 3 pages.

38. Probate Court Order of Beverly Boorstein usurping Federal and State Law using a foreign bogus judgement contrary to court rules and the law and escrowing U.S. Treasury funds which were eventually stolen. Since this is all illegal and fraud, this is a crime against the Government.

39. Probate Order of Release of Escrow. 2 pages.

40. Letter from Office of Personnel Management indicating Postal funds garnished for alimony debt were free from all legal process.

41. MGL ch 266 sec 33 Larceny false pretenses - banking.

42. 1099 from OPM showing payments were going to Chief Probation Officer instead of Josephine Carroll. Funds were an entitlement and were converted to the name of James J. Carroll, Jr. who essentially had lost his rights to the pension once garnished for alimony.

43. Document showing that after tampering Josephine Carroll is only receiving limited health insurance paid from the pension when it was the obligation of James J. Carroll, Jr. This was changed through fraud.

44. Order of Justice Regina Quinlan MICV 98-2825 Cambridge Superior Court. Sanctions attorneys for disbarment and prosecution attempting to steal U.S. Treasury Funds through East Cambridge Savings Bank, defeating probate orders while misleading this judge on fraud. Chief Probation Officer with attorneys converted funds to check held in vault for easy access while they made judge believe that a judgement existed to levy a mere bank account. Service falsified and action was operated on exparte hearing. Attorneys found in contempt of injunction, but continue fraud stopping the complaints with a clerk and a falsified record. Order was made with

45. Letter of Objection Doctor David Khoury for unlawful guardian without medical certification. Guardian paid with basic alimony derived from Non attachable U.S. Treasury Funds from Postal Pension overstepping Federal Law. U.S. Treasury agents agree this is theft.

46. Order for Guardian Probate Court, dated October 24, 1998.

47. 1099 form ; Alimony entitlement converted from original payments through OPM to solely health insurance eliminating all alimony payments as of October 1999 forward. Payments from June 1998 through October 1999 were in the posession of the Chief Probation Officer of Probate Court and approximately $26,000.00 was stolen and not accounted for by the court. THIS CHANGE DUE TO A FALSE ORDER NOT A LAWFUL PROBATE ORDER. ALL ACTIONS ARE BASED ON FRAUD AND MISUSE OF THE SYSTEM. 2 pages.

48. Alleged ORDER Findings of Fact Rulings of Law, was refuted by Justice Dilday of Probate Court as well as contradicts Federal and State Law, alleges extinquishment of alimony which is not allowed under state law M.G.L. ch 208 sec 34 and was sealed by Assistant Registrar Gardin who is not in the divorce section where seals are applied and who is an Arlington Resident with alliances to members of the Town of Arlington who have supported her. The order is also contradicted by an order showing denial and a letter in the same time frame from the defendant contesting the denial of this alleged allowed order sent to OPM to usurp Federal and State Law. Clearly this is fraud on the Federal Government and a crime where both these parties are liable for a libel against the Government and conspiracy to defraud with false statements.
This is wirefraud, mail fraud and bank fraud.

49. Letter from James J. Carroll, Jr. Contesting denial from Justice Dilday which precedes change with alleged allowed order with effective change by OPM in October 1999.
The defendant has a history of fraud including against the U.S. Postal Service and the I.R.S.

50. Order stating that the foregoing was vacated when justice Dilday learned of the fraud. OPM was delivered this order with a new certified divorce decree and OPM has refused to Obey the decree, the Federal law and skirts all issues now claiming no decree on file when other departments confirm this is untrue

51. False Bankruptcy case filed by attorneys Robert Costantino, Evan Green and John Gahan who was behind the plot with Arlington Town Counsel John Maher. To continue attempts to attack the estate, attorney Hannify, a Belmont resident was utilized. Gahan, the Chief Probation Officer Brendan Callanan and Justice Singleton, all used in the scheme are all from Belmont and lived very close to one another. Attorney Hannify has also been highlighted in cases of scandal and upheld fraud with his participation. Justice Kenner properly dismissed the action finding no grounds. It is a crime to claim one is a debtor when one is a creditor (Josephine Carroll - victim) It is a crime for a debtor to claim he/she is a creditor. (James J. Carroll, Jr. and his counsel made false statements to the Federal Court based on their scheme.) The action damaged A-1 Credit and made it impossible for Josephine Carroll to apply for housing or an apartment when she was made homeless which adds to the intent to murder a medically ill elder for success of all parties as aggressors.

52. Probate Order prepared after access to the court was stopped by Justice Beverly Boorstein who was removed from the bench for fraud on the Commonwealth and for being corrupt. Many excuses were made to prevent hearing of issues in Probate Court, where without hearing an order was allegedly prepared by Justice Randy Kaplan a circuit judge denying Josephine Carroll and her legal representatives redress and due process of law as well as free speech and a speedy trial. Equal Access and Equal Protections were denied. Order dated 9/20/04. This is obstruction to justice and refusal to uphold rights and entitlement orders by the Commonwealth. A circuit judge may not create such orders as they are not regularly sitting in such a court. Only a First Justice may make orders which require review.

53. A picture of 7 Oldham Road Arlington after it was stripped of all fixtures, contents and many elements of the property have been drastically altered causing serious losses and damages. Since all was devised on a jointly created artifice and a false title the actions are criminal and tortious and are considered criminal trespass, malicious destruction of property, interference with peaceful and quiet enjoyment of property, a civil trespass on title and a damaged title by imposition of a cloud on Title Created by the Commonwealth of Massachusetts which was to be defended by the Commonwealth to be free from all adverse claims and encumberances and to be free from defect. Title Insurers adamantly state that now even with a sizeable bond they would refuse to insure title and that liability is solely that of the Commonwealth that broke the law.

54. A picture of the assault, kidnapping and intrusion by Arlington Police and many others without legal right or without warrant. Police do not do evictions as alleged and this was not legally possible between divorced parties and for many other reasons which the Town and their police were fully cognizant. Police and Town Counsel were served the Permanent Injunction which all helped to defy and mock.

55. Letter from defendant James J. Carroll, Jr. Who clearly was in regular contact with Town Counsel aiding the plot. The auto referred to was a parked 1969 Plymouth Satelitte Coupe a classic in excellent condition. The auto is rare and was stolen thereafter with the aid of the town and these attorneys. The Attorney General and State Police as well as the Town of Arlington refuse to report anything as stolen. This is a requirement to start any prosecution. This is obstruction of justice.

56. Threats to shut off utilities by James J. Carroll, Jr. maintaining unlawful control over an exwife with the aid of many others.

57. Bizarre letter mocking the crimes after events of February 20, 2002 and complaints to the District Attorney who has remained silent when crimes have been committed agreed by every ethical scholar. "Deal with the Consequences." This is licensed domestic abuse and state sponsored terrorism.

58. Absurd proposal with threats and intimidation to coerse the plaintiffs to sign away rights again by trick in exchange for a rampant crime wave and a long list of torts. Millions of dollars in losses alone and this attorney offers $50,000.00 in full paid over several years. This was refused. 4 pages.

59. A flow chart of events, a chronology and proof of the issues arising in a wrong venue presented to Congressman Meehan for that area. All agreed this was crime and corruption issuing a letter to the F.B.I.

60. An example of the same type of activities prosecuted by the Federal System. Operation Greylord.

61. Six page manifest of Triple M Movers. This is only a fraction of what was taken from the home and poorly accounted for in terms of descriptions. All is a major theft.

62. Payola to the deputy sheriffs at the Office of the Middlesex Sheriff who was an integral part of robbery, armed home invasion, assault and conversion of all assets as well as many torts including being an integral part of the entire scheme to defraud making a false sheriff sale on a false title as a player in the scheme. $10,000.00 was exchanged for a $1,200,000.00 home and over $500,000.00 of assets inside as well as an auto, $10,000.00 of credit card fraud, numerous major losses and damages and felony crimes against an elder and a divorced woman as well as her son on an alleged $561,175.30 judgement by default which was voided by injunction. These individuals also defied the Injunctive Order which Supercedes any District Court action.

63. False documents; false attachment. No case number, no attachment case, no accounting or show cause hearings. No judge's stamp or seal. No certification. Signature of judge printed not signed. Case is not an attachment case, but another fraud filed 2 months after this document with an alleged decision 4 months later.

64. MGL ch 266 sec 31 The law Signature, obtaining under false pretenses. This applies to many things in this case, titles on cars, homes, and credit, false mortgages and many false documents which includes false notaries and falsification of justices signatures.

Many more documents can be shown. This summary should give the court insight as to a devious scheme with many players made possible by multiple parties eliminating all checks and balances and aiding in encircling the victims. Attachment created less than one week from alleged judgement decision in Lowell District Court case 93RM95, an impossibility.