James J. Carroll, III
Josephine M. Carroll
P.O. Box 863
Windham, N.H. 03087

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2006 AUG 11  P 1: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAMES J. CARROLL, III ) | |
| JOSEPHINE M. CARROLL, et als. ) | C.A. 05-11670-GAO |
| Plaintiff (s), ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES J. CARROLL, JR., et als. ) | |
| Defendant (s), ) | |
| _____ ) | |

The Honorable Justice George A. O'Toole
Presiding Justice

### CERTIFICATE OF SERVICE

I, Josephine M. Carroll together with James J. Carroll, III certify that I have mailed by regular mail a copy of the motions presented before the court on August 10, 2006 to the defendant James J. Carroll, Jr. and all other defendants in this case at their respective addresses in accordance with the rules of court.

*James J. Carroll* 
James J. Carroll, III pro se

*Josephine M. Carroll*
Josephine M. Carroll pro se

August 10, 2006