# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-11670 GAO

Appeal No. _____

Josephine M Carroll
James J. Carroll, III et als

v.

James J. Carroll, Jr.
  et als.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Josephine M Carroll* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: September 27, 2006 |

My issues on appeal are:




1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

Not married divorced - ex spouse owes excessive debt to litigant

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | EXSPouSE Stripped away all alimony with Fraud. $ | $ | $ | $ |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 367 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 10 | $ 0 | $ 0 | $ 0 |
| Other (specify): ___ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ 377 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4.  *How much cash do you and your spouse have?* $ __0__  Exspouse Stole all assets with cash of others

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ |
|  |  | $ | $ |
|  |  | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | 0 | | 0 | Make & year: | 0 |
| | 0 | | 0 | Model: | 0 |
| | 0 | | 0 | Registration#: | 0 |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | N/A | | | | |
| Model: | N/A | | | | |
| Registration#: | N/A | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| James J. Carroll, III | Too excessive | N/A |
| John W. Gahan, IV | to Calculate | N/A |
| Town of ARLington et als | totals — Due Damages by Law | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Josephine M Carroll | Self | 78 |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*   all debts paid by Son from His income

| | You | Spouse | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are any real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 1150 paid by Son | $ 0 | Social Sec. pays For medical Care + Basics |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 400 paid by Son | $ 0 | |
| Home maintenance (repairs and upkeep) | $ 0 | $ | |
| Food | $ 75 | $ | |
| Clothing | $ 25 | $ | |
| Laundry and dry-cleaning | $ 30 | $ | |
| Medical and dental expenses | Needed Not Paid But Not $ | $ | |
| Transportation (not including motor vehicle payments) | $ Paid by Sons | $ | |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ | |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ | |
| Homeowner's or renter's | $ Paid by Son or ex Spouse | $ | |
| Life    EVERY thing STolen | $ 0 | $ | |
| Health  13 years | $ 0 | $ | |
| Motor Vehicle   AFTER DIVORCE | $ 0 | $ | |
| Other: N A | $ 0 | $ | |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ 0 | $ | |
| Installment payments | | $ $ | |
| Motor Vehicle | $ 0 | $ | |
| Credit card (name): N/A | $ 0 | $ | |
| Department store (name): N/A | $ 0 | $ | |

4

Other: _Major Debt due to Son Not Calculated_   $ _? N/AVAILABLE_   $ _____

Alimony, maintenance, and support paid to others   $ _0_   $ _____

Regular expenses for operations of business, profession, or farm (attach detailed statement)   $ _0_   $ _____

Other (specify): _N/A_   $ _0_   $ _____

Total monthly expenses:   $ _0_   $ _____

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No          If yes, describe on an attached sheet. _Not unless the Court enforces the law and upholds my rights._

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No
If yes, how much? $ _15,000.00_  _Stolen by 2 attorneys_

If yes, state the attorney's name, address, and telephone number:
_Edward J. McLaughlin  $10,K  6 Beacon St Boston, MA._
_Evan Green   Needham Highlands, MA. $5K._

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☐ No     _This only will apply if the court upholds my rights and enforces the law_
If yes, how much? $ _?_

If yes, state the person's name, address, and telephone number:
_ATTORNEY PAUL WATKINS or_
_COREY SHAW_

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.
Josephine M. Carroll  P.O. Box 1041 Windham N.H. 03087

Your daytime phone number: (603) 930 8567
Your age: 77    Your years of schooling: 12

Legal address was 7 Oldham Road Arlington, MA. until Robbed at Gun Point — Home Stolen and all Contents on falsely created papers.