| | | |
|---|---|---|
| James J. Carroll, III<br>Josephine M. Carroll<br>P.O. Box 863<br>Windham, N.H. 03087 | **UNITED STATES DISTRICT COURT**<br>**of**<br>**APPEALS**<br>**DISTRICT OF MASSACHUSETTS** | |

JAMES J. CARROLL, III           )          C.A. 05-11670-GAO
JOSEPHINE M. CARROLL, et als.)
Plaintiff (s),                              )
                                                 )
vs.                                            )
                                                 )
JAMES J. CARROLL, JR., et als. )
Defendant (s),                          )
_____)

<u>Appeal from Order of Dismissal</u>

Now Comes ~~Josephine Carroll and~~ *James J. Carroll III* James J. Carroll, III, hereinafter referred to as plaintiffs in the above captioned U.S. District Court civil action.

The plaintiffs jointly and severally are aggrieved by spurious decisions of the U.S. District Court that are based on misinterpretation, misrepresentation of the stated facts and interjection of facts by the court which were never subject of complaint. The plaintiffs are further aggrieved by gross errors of law denying both plaintiffs and those they hold legal obligations to their fundamentally guaranteed Constitutional Rights and Protections and those rights which are to be upheld in accordance with the law. As a result of the dismissal the U.S. District Court on or about July 19, 2006 and after seeking a Motion for Reconsideration which was

have reduced it to writing. Assistant U.S. Attorneys have confirmed the same as has the Federal Bureau of Investigation and the Department of Justice.

The defendants collectively played a role in a ponzi scheme working against State Court Orders including a Permanent Injunction and a final divorce decree, none of which are or were upheld due to proven corruption. The defendant James J. Carroll, Jr. is a proven disgruntled exspouse as noted in the divorce decree of Josephine Carroll who has been licensed to break every law and violate every right without accountability to eliminate all checks and balances of the system and to allow coverup by individuals betraying the plaintiffs and the public trust by sharing in the stolen spoils of also parties who were not under any legal detriment, nor involved in any legitimate suit. Through proven corruption the defendant with their contacts have obstructed justice and managed to deny all standing through their associates and contacts.

As a result of the many abuses the lack of any protection, the lack of any enforced right or remedy or upholding thereof any doctrine or law as required by the law the plaintiffs have been denied all basic rights to allow abuses against them to occur unchecked and unchallenged. Essentially, the plaintiffs have been denied all rights in the state and local system and now without proper reasoning the Federal Court has followed in this process.

These allegations become self evident once documents, the law, witnesses and the end result is examined. The end does not justify the means, especially when civil rights have been denied and of which have been constantly under attack ; when state and federal law has been overstepped or abridged and obstructed and when protections with basic civil rights have been trampled upon and denied to favor what is clearly crimes and torts by law or statute. These basic rights and laws are the essential fabric of this country that any U.S. Citizen should expect to have upheld. On that basis the Supremecy Clause of the United States has been overstepped and basic rights have been abridged formulating a legal right to petition the U.S. District Court.

The events arise out of Southern Middlesex County in the State of Massachusetts so juristiction is proper. The damages exceed $50,000.00 and are in fact basic losses in the several millions of dollars through theft, criminal force and battery with proven coverup and criminal misuse of the system. The claims were properly made known to the court in a timely manner within statute of limitations.
The basis of complaint is that the plaintiffs are denied any ability to file any complaint ; denied any relief or protection and denied any right to seek redress or right to recovery, free speech and right to equal access and equal protections of the law, a right to hold and retain property, a right to defend property, as well as one's

person, a right to due process and a right to assemble and petition for grievances where all of these rights collectively have been denied. The denial of these essential rights have been ongoing and well documented and noted by members of the State Courts who attempted to stop the abuse, but the criminal element prevailed eliminating any overstepping any existing valid State Order with false documents and conspiracy to overstep any valid law or protection including Federal Law.

Noone is allowed to defy court orders, operate a criminal campaign, devise false papers and documents and or false litigation prohibited by court orders to then injure, rob, extort and convert major assets through criminal batteries and then call it law and no one should expect such activities to be upheld at any level, especially when filing complaints timely and when statutes and or Federal Code prohibited the actions which form a basis of allowable complaints in a Federal Court.

The plaintiffs have sought the review of the facts where many individuals at all levels of the system have confirmed that the plaintiffs are victims of corruption and conspiracy. The underlying facts have been confirmed by various Federal Agencies as truth and not mere conjecture. Newly discovered facts are being presented to the Office of the U.S. Attorney who has renewed interest in the case.

Due to the complexity of the fraud and abuse, the court has misinterpreted facts, wrongly raised issues of the Rooker Feldman Doctrine which does not apply because the State actions of the defendants have been proven as fraud with false documents to cover crimes and to create obstructions to justice. The valid orders of the plaintiffs never required an action before the Massachusetts Supreme Court which is a prerequisite with Rooker Feldman, therefore Federal Actions and State Actions would not [Emphasis] be inextricably interwound as the Rooker Feldman doctrine prohibits.

The plaintiffs are aggrieved and have confirmed with many levels of the law in the system that their basic Constitutional and Civil Rights have been stripped from them and denied them, especially, since a State Superior Court Permanent Injunction to prevent Contact and Criminal abuses such as theft of property and interference with liberties and property rights has been overstepped and has not been upheld in the state by any court or agency required to do so.

Therefore, this order, and all other orders/entitlements, guaranteed rights and or awards in a divorce as they pertained to Josephine Carroll, all entitlements as to property rights held by Josephine Carroll, James J. Carroll. III and those they held contractual relationships with were eliminated and obstructed essentially making them residents of Massachusetts with no rights other than paying taxes, fees and costs to a system that would give them little or no standing overstepping and

abridging Federal Law. This is a form of taxation without representation.

This denial of all standing including the refusal to uphold any law,

any right and any existing court order at any level is a denial of Constitutional

Rights and protections as well as a denial of Human Rights.

To clarify this claim, evidence has been uncovered that a group of individuals has

aided the exspouse to use their contacts and resources to break the law, cover

crime and their joint deceit and then obstruct remedies working their maintainence

through many individuals. Many of these individuals received a favor or gratuity

or exhibited or were involved with actions that were improper and prohibited by

law. Clearly, the court realizes that noone can make up titles to property without

having or without working a proper claim or action or judgement against a party

and then create a false title on a home and strip a victim of their home and all

contents on a legally void staged eviction especially when evictions can not

legally apply under any circumstance and do not allow for conversion and

retention of assets in the domicile as noted by statute. Since there are pure Federal

Questions and denial of any right by the State and Local Systems which are to

enhance Civil and Constitutional Rights by Charter, not abridge them and deny

them, then the Plaintiffs acted prudently, as required by law, and therefore, the

plaintiffs must present the basic facts in a trial or hearing before the U.S. District

Court. On this basis the Court has seriously erred.

The plaintiffs have been denied any oral hearing or argument and have essentially been denied the ability to present their case with evidence, witnesses and a course of litigation as allowed by law thereby denying due process, equal access and equal protections and essentially branding the plaintiffs as U.S. Citizens with no rights and no protections.

The U.S. District Court through Justice O'Toole raised claims of Judicial Immunity which puzzled the plaintiffs, as no such action was taken against any justice. Justice O'Toole stated the claim would fail if a justice of the court was named in suit, but although the court was informed no such claim or judicial entity was named. The court continued to push for dismissal when no such fact existed in the brief. Therefore, the court seriously erred on a basis for dismissal. Succinctly stated, the plaintiffs asserted in their complaint that they were attacked by surprise and robbed of everything they ever worked for while false documents were prepared and upheld as valid. Contests and grievances have been blocked. Any contest or correction has been denied and blocked when the fraud and crimes are easily proveable. Threats, intimidation and numerous types of obstruction have been encountered where no one in the State System has acted, although each entity confirmed that the facts are true as to fraud and crime and that they have a duty of care to act. If the Federal Court eliminates the checks and balances of the

system then no law, justice or protection can exist except for those who are corrupt and connected. Without contest that would not be a system of the people and for the people nor does it protect individual rights, rights to hold property and protections from criminal abuse or invasions to privacy and or Governmental Intrusions.

The plaintiffs can prove that all of these elements exist in their case, but the court must give them standing to proceed and must properly examine evidence and briefs and or allow oral arguments to clarify the facts, something that the court has failed to allow in the initial action on which this appeal is now based. Fundamental Rights as free speech and a right to have grievances heard are said to be guaranteed Constitutional Rights and Protections, but the court is denying these rights by dismissing complaints on errors and misconstrued facts and events.

One of the elements of the case involves false documents sent to the Office of Personnel Management to Overstep and Defraud the U.S. Government which has occurred, a violation of the false claims act and a Theft of U.S. Treasury funds, as affirmed by Treasury Agents, where Federal Law under 42 U.S.C. Title V sections 651 - 659 et sec. Prohibited the defendant James J. Carroll, Jr. from returning pension funds awarded for alimony debt to himself once garnished. State law affirms the same facts as State Law follows Federal Law and the court should note

that the divorce decree provided to the U.S. District Court never changed. Criminal Fraud are Federal Questions under the Civil Service Retirement Act. There are many other issues which have not been raised, but are Federal Questions. The plaintiffs had asked for the opportunity to appear before the honorable Justice George O'Toole raising questions if his honor ever actually saw the facts in the instant case or was the party who ruled as the answers and decisions appear to be from a clerk and are inconsistant with cases that his honor has previously ruled upon noting his honor to be noteably thorough and just. The U.S. District Court raised issues of timeliness finding fault with facts that formulated "Pattern and Practice" which are allowable facts to present in any case showing a history of abuse and denial of rights. The court alleged that the facts had no bearing or relevance to the instant case without review of the facts and then claimed that the case was not filed timely. The court again erred because the injuries and losses occurred from an event with statute of limitations, filed timely. The court seriously erred on this claim because a constant effort existed to injure and undermine the plaintiffs with various schemes and repeated assaults all connecting and working into the final assault which was filed within the prescribed 3 year statute of limitiations which was verified with Federal Practitioners.

Both the Office of the Massachusetts Attorney General and the Office of the United States Attorney General with the Department of Justice agreed that all that has transpired was prohibited by law, and that claims were properly presented in a Federal Court, as well as the fact that when ongoing obstruction of justice and compiled crimes and injuries occur, especially reusing prior crimes to commit a successive crime and torts, that statutes of limitations continue to run and that the malicious prosecution and abuse of process by law must cease before filing.

The plaintiffs chose not to let latches apply and operated on claims from greatest of injuries within the timeliness of statute which was a swindle and theft of multiple estates which falls under the RICO Statutes as filed, along with a denial of basic rights.

Wherefore, the plaintiffs respectfully request that the honorable U.S. Court of Appeals reinstate their claim(s) and allow the plaintiffs to petition before the U.S. District Court of Massachusetts as allowed by law, acting on a timely appeal within the prescribed limitations.

*[signature]* 9/27/06
James J. Carroll, III

James J. Carroll, III
Josephine M. Carroll
P.O. Box 863
Windham, N.H. 03087

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES J. CARROLL, III )  C.A. 05-11670-GAO
JOSEPHINE M. CARROLL, et als )
Plaintiff(s) )
)
vs. )
)
JAMES J. CARROLL, JR, et als )
Defendant(s) )
)
The Honorable Justice George A. O'Toole
Presiding Justice

Request to Preserve Rights of Appeal

Now comes Josephine M. Carroll and James J. Carroll, III being aggrieved by the decision of Justice George A. O'Toole dismissing a complaint of action dated August 5, 2005, filed timely and properly on which an order for dismissal occurred dated July 18, 2006 without opportunity to present the case before the court or a jury of peers.

The plaintiffs have submitted a Motion for Reconsideration and Motion to Vacate the Order of Dismissal seeking redress timely within the 30 day limit, although the plaintiffs received the dismissal late on July 30, 2006.

The plaintiffs jointly seek the filing of an appeal following the decision of motions before the court to be acted upon only if such reconsiderations are denied. This notice is provided to secure the appellate rights of the plaintiffs in advance of the decision.

_____
James J. Carroll, III, pro se

_____
Josephine Carroll, pro se

August 10, 2006

JOSEPH J. P. CARROLL, et al.,
Plaintiff(s),

vs.

JAMES J. CARROLL, JR., et als.
Defendant(s),

The Honorable Justice George A. O'Toole
Presiding Justice

...motions presented before the ...

defendant James J. Carroll, Jr. and all other defendants in this case at their respective addresses in accordance with the rules of court.

_James J. Carroll, III, pro se_

_____ J. Carroll, pro se

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                    SUPERIOR COURT
                                                  CIVIL ACTION NO. 04-024

                                                  EXHIBIT #2

JOHN W. GAHAN, III,
              Plaintiff
                                        DEFENDANT'S ANSWERS AND
    vs.                                 AFFIRMATIVE DEFENSES

JAMES J. CARROLL, III,
              Defendant

    Now comes the Defendant James J. Carroll, III, by his Attorney, and hereby submits his Answers and Affirmative Defenses to the Verified Complaint filed on or about January 21, 2004:

1. Defendant admits this allegation;

2. Defendant admits this allegation;

3. Defendant admits this allegation;

4. Defendant admits this allegation;

5. Defendant admits this allegation;

6. Defendant admits this allegation;

7. Defendant admits that he made the statement, but states that the statement was made in conjunction with his understanding that Plaintiff's Counsel was conspiring with Attorneys who represented his father, James J. Carroll, Jr. and who had assisted his father in obtaining a fraudulent Judgment from the Lowell District Court and illegally and unlawfully using said Judgment in order to Levy and sell the property previously awarded to his mother, the subject property located at Oldham Road in Arlington, without justification or cause. It should be noted that the Lowell Judgment, in the amount of some $561,175.00, was obtained by default, notwithstanding numerous Pleadings filed to remove the default to obtain a Hearing on the Merits of said case. A copy of the docket of the Lowell District Court is annexed hereto as Exhibit "1". The subject property was sold, via Sheriff's sale, the entire contents of the home stripped, Title confirmed in the Plaintiff's through a Land Court proceeding, and the execution returned marked Satisfied in Full, all while the Seller James J. Carroll, Jr. was applying to the Probate and Family Court in an attempt to obtain relief from an Alimony Order, alleging that he had been

harmed by Josephine M. Carroll, the mother of this Defendant. A copy of the Amended Judgment of Judge Dilday is annexed hereto as Exhibit "2". Both Judgments are, at this time, subject to further examination and Appeal.

8. Defendant is unable to admit or deny this allegation or its truth or accuracy and calls upon the Plaintiff to prove the same;

9. Defendant is unable to prove the truth or accuracy of this allegation, and calls upon the Plaintiff to prove the same;

10. Defendant admits and is aware of this allegation, but states by way of affirmative defense, that he is only recently learned that they are not in concert or in a conspiracy with Counsel for James J. Carroll, Jr. and now understands that notwithstanding the fraudulent utilization of the Lowell Judgment which should have been deemed satisfied by virtue of the entry of the Judgment in the Probate and Family Court (Dilday, J.) that the Plaintiffs are the proper owners of the property;

11. Defendant denies each and every allegation contained in this paragraph;

12. Defendant is unable to prove the truth or accuracy of this allegation and, in denying the same, calls upon the Plaintiff to prove the same;

13. Defendant denies each and every allegation contained in this paragraph;

14. Defendant admits that the Plaintiff's purchase of the subject property relies upon the Plaintiff as a good faith purchaser all with the right, title, and interest to deal with the property and, insofar as the Plaintiff is a good faith purchaser, the Defendant admits that he has no right, title, or interest in the subject property as was adjudicated and confirmed by the Land Court. The Defendant denies the balance of the allegations contained in this paragraph 14;

15. Defendant denies each and every allegation contained in this paragraph and requests that this Honorable Court Dismiss the Complaint as it fails to state a Claim upon which relief can be granted as the Defendant states, by way of Affirmative Defense, that he has had no contact with the property since December of 2003, has retained Counsel who has properly instructed him that he has no right, title, or interest in the subject property and that he must abandon any notion of attempting to regain the property for his mother, despite the questionable conduct of the Seller of the subject property who, prior to the institution of this litigation, was believed to be in concert with the actual Buyers and Plaintiffs herein.

WHEREFORE, Defendant respectfully requests that this Honorable Court Deny the Plaintiff's prayer requesting the preliminary injunction issuing on this matter, further requests that the Complaint be Dismissed and for such further relief as this Honorable Court deems just and equitable hereunder.

Respectfully submitted,
JAMES J. CARROLL, III
By His Attorney

DAVID T. FULMER, ESQ.
576 MAIN STREET
WINCHESTER, MA 01890
B.B.O. #181636
TELEPHONE: (781) 721-2111
              (617) 549-6???

DATED: FEBRUARY 24, 2004

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF MIDDLESEX
THE SUPERIOR COURT

CIVIL ACTION #MICV95-06545

James J Carroll,
Josephine M Carroll
    Plaintiff(s)

vs.

James J. Carroll, Jr. O.D., P.C.
Joanne Carroll Deyoung et al,
    Defendant(s)

#14

**ORDER**

To the above named Defendant(s): [ ]
Agents, Attorneys and Counsellors, and each and every of them,
You are hereby required by Order of Superior Court and permanently enjoined by :

No Contact, No Communication of any kind, direct or indirect in person or by another, with any opposing party herein.

No vandalism of any nature. No interference with property rights.

Nothing herein shall, however, prevent any party from communicating through counsel in connection with any judicial proceeding.

All until further order of the Court.

**Witness Robert A. Mulligan**, Esquire at Cambridge, this 2nd day of July in the year of our Lord 1997.

FORM OF JUDGMENT APPROVED:

_____
HILLER B. ZOBEL,
ASSOCIATE JUSTICE,
SUPERIOR COURT DEPARTMENT

EDWARD J SULLIVAN
CLERK/MAGISTRATE

By: _____
ASSISTANT CLERK

A TRUE COPY
ATTEST: _____
Deputy Assistant Clerk

MARTIN T. MEEHAN
5TH DISTRICT, MASSACHUSETTS
http://www.house.gov/meehan/

2229 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3411   FAX: (202) 226-0771

COMMITTEES:
ARMED SERVICES
SUBCOMMITTEE ON TERRORISM, UNCONVENTIONAL THREATS AND
CAPABILITIES, RANKING MEMBER
SUBCOMMITTEE ON TOTAL FORCE
JUDICIARY
SUBCOMMITTEE ON COURTS, THE INTERNET & INTELLECTUAL PROPERTY
SUBCOMMITTEE ON CRIME, TERRORISM & HOMELAND SECURITY

DISTRICT OFFICES:
11 KEARNEY SQUARE, THIRD FLOOR
LOWELL, MA 01852
(978) 459-0101   FAX: (978) 459-1907

305 ESSEX STREET
4TH FLOOR
LAWRENCE, MA 01840
(978) 681-6200   FAX: (978) 682-6070

HAVERHILL CITY HALL
2ND FLOOR, ROOM 201 A
4 SUMMER STREET
HAVERHILL, MA 01830
(978) 521-1845   FAX: (978) 521-1843



# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

August 26, 2005

Federal Bureau of Investigation
Matthew McPhillips
935 Pennsylvania Ave. NW
Washington, DC 20535

Dear Matthew McPhillips:

My constituent, Mr. James Carroll, III, has requested my assistance regarding his claims of corruption in the town of Arlington. Enclosed please find information which explains the situation.

I would appreciate it if you would investigate and comment on these concerns at your earliest opportunity. Please forward your response in care of Bryan DeAngelis, in my Lowell district office at 11 Kearney Square, Lowell, MA 01852, 978-459-0101.

Thank you for your kind assistance in this matter.

Sincerely,

MARTY MEEHAN
Member of Congress

MM:li
Enclosure
999001345

**Commonwealth of Massachusetts**
**The Trial Court**
Middlesex **Division**     **Probate and Family Court Department**     Docket No. 86D1651D1

~~Temporary~~ Order

James J. Carroll, Jr. _____, Plaintiff

v.

Joswphine Carroll _____, Defendant

Pending a hearing on the merits or until further order of the court, it is ordered that:

1) ☐ ~~plaintiff/defendant be and hereby is prohibited from imposing any restraint on the personal liberty of~~ plaintiff/defendant

2) ☐ plaintiff/defendant have the care and custody of _____

the minor child _____ of the parties

3) ☐ plaintiff/defendant be given the following visitation right(s): _____

4) ☐ plaintiff/defendant pay to his/her spouse the sum of _____ forthwith

and the further sum of _____ on each and every _____

hereafter, beginning on _____, for his/her support and that of the minor child _____

5) ☐ said payments to be made to the Probation Department and forwarded to the Department of Public Welfare/the plaintiff/defendant/the applicable city or town of _____

6) ☐ the parties shall comply with a stipulation or agreement of the parties dated _____ which is filed with the Court and expressly made a part of this order

7) ☐ plaintiff/defendant pay reasonable medical, dental and hospital expenses of his/her spouse and minor child _____ and maintain existing medical and hospital insurance

8) ☐ plaintiff/defendant vacate the marital home at _____
(Street and No.)  (City or Town)  (Zip)
for a period of _____ day(s) commencing on _____

9) ☒ Josephine Carroll or her representatives is prohibited from filing any pleading in the court without written approval of a Justice of this court [signature]

Date 9/20/04