# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11670

James J. Carroll, III, et al

v.

James J. Carroll, Jr., et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-21 document #20 James Carroll, Jr, et al

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/27/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 2, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/7/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11670-GAO

Carroll, et al v. Carroll et al
Assigned to: Judge George A. O'Toole, Jr
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 08/05/2005
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

Josephine M. Carroll

represented by Josephine M. Carroll
P.O. Box 1041
Windham, NH 03087
PRO SE

**Plaintiff**

James J. Carroll, III

represented by James J. Carroll, III
P.O. Box 1041
Windham, NH 03087
PRO SE

V.

**Defendant**

James J. Carroll, Jr.
*inividually and in his official capacity and in joint venture*

**Defendant**

Joanne Carroll Deyoung
*indivudally and in joint venture*

**Defendant**

Ricahrd Blair Carroll
*indivually and in joint venture*

**Defendant**

Eileen Carroll
*individually and in joint venture*

**Defendant**

The Law Firm of Constantino and Mason, LLC
*individually and in joint venture*

**Defendant**

**Robert A. Constantino**
*indivually and in his official capacity
and in joint venture*

**Defendant**

**Sophia Constantino**
*indivually and in her official capacity
and in joint venture*

**Defendant**

**Law Firm of Murtha Cullina Roche
and Digiacomo, LLC**
*individually and in their official
capacity and in joint venture*

**Defendant**

**John W. Gahan, III**
*individually and in his official capacity
and in joint venture*

**Defendant**

**Kathy Gahan**
*individually and in joint venture*

**Defendant**

**Thomas Vangel**
*individually and in his official capacity
and in joint venture*

**Defendant**

**Town of Arlington Masschusetts The
Board of Selectmen**
*individually and in their official
capacities and in joint venture*

**Defendant**

**Charles Lyons**
*former Selectman*

**Defendant**

**John W. Hurd**

**Defendant**

**Kathleen Kiely Diaz**

**Defendant**

**Kevin F. Greeley**

**Defendant**

**Diane Mahon**

**Defendant**

**Annie LaCourt**

**Defendant**

**Robert Murray**
*Former Selectman*

**Defendant**

**Brian F. Sullivan**
*Town Manager, individually and his official capacity and in joint venture*

**Defendant**

**John Maher**
*Town Counsel, in his official capacity and in joint venture*

**Defendant**

**Arlington Police Department**

**Defendant**

**Frederick Ryan**
*Police Chief, individually and in his official capacity and in joint venture*

**Defendant**

**David Macnamee**
*individually and in his official capacity and in joint venture*

**Defendant**

**John Doe Greeley**
*individually and in his official capacity and in joint venture*

**Defendant**

**John Doe Hughes**
*individually and in his official capacity and in joint venture*

**Defendant**

**John Doe Flynn**
*individually and in his official capacity and in joint venture*

**Defendant**

**John Doe 1**
*individually and in his official capacity
and in joint venture*

Defendant

**John Doe 2**
*individually and in his official capacity
and in joint venture*

Defendant

**John Doe 3**
*individually and in his official capacity
and in joint venture*

Defendant

**Jane Doe Bassett**
*individually and in her official capacity
and in joint venture*

Defendant

**Arlington Fire Rescue Officer**

Defendant

**John Doe 4**
*individually and in his official capacity
and in joint venture*

Defendant

**James Granitzas**
*individually and his official capacity
and in joint venture
doing business as*
We Haul Legal Movers

Defendant

**Richard Boyle**
*Arlington Constable individually and in
his official capacity and in joint venture*

Defendant

**Jerrold Loomis**
*Weymouth Constable-Individually and
in his official capacity and in joint
venture
doing business as*
Allstate Constables, Inc.

Defendant

**David Lanata**

*individually and his official capacity
and in joint venture
doing business as*
Lanata Surveying

**Defendant**

**Commonwelath of Massachusetts
Office of the Attorney General**

**Defendant**

**Thomas Reilly**
*individually and in his official capacity*

**Defendant**

**James DiPaulo**
*Office of the Middlesex Sheriff,
individually and in his official capacity*

**Defendant**

**Steven Donnelly**
*Deputy Sheriff individually and in his
official capacity and in joint venture*

**Defendant**

**Sheriff Michael Faye**
*individually and in his official capacity
and in joint venture*

**Defendant**

**Gerrald Breen**
*individually and in his official capacity
and in joint venture*

**Defendant**

**Jane Doe**
*Deputy Sheriff individually and in her
official capacity and in joint venture*

**Defendant**

**Denise DeYoung**
*Deputy Sheriff, individually and in her
official capacity*

**Defendant**

**Everett Murray**
*individually and in his official capacity
and in joint venture
doing business as*
Triple M Movers

**Defendant**

**John Doe Number 1**
*Unnamed Locksmith*

**Defendant**

**Joh Doe Number Two through Six**
*Unnamed Movers, individually and in their official capacities and joint venture*

**Defendant**

**Charlene Philbrick**
*individually and in her official capacity and in joint venture*

**Defendant**

**Brendan Callahan**
*individually and in his official capacity and in joint venture*

**Defendant**

**East Cambridge Savings Bank**

**Defendant**

**Kevin Mulvey**
*Attorney*

**Defendant**

**Frank Carolan**
*Attorney*

**Defendant**

**Louis Silva**
*Lowell Public School Science Teacher*

**Defendant**

**Eileen Earle**
*Robinson School Middle English Teacher*

**Defendant**

**Michael Crowley**
*Assistant Principal*

**Defendant**

**Richard Darosa**
*Principal*

**Defendant**

**Christine DeRosa**

**Defendant**

**Steven DeRosa**

**Defendant**

**Armand Mercier**
*Lowell City Mayor*

**Defendant**

**David Fenton**
*Lowell City Attorney*

**Defendant**

**Daniel Wojcik**
*Lowell City Attorney*

**Defendant**

**Police Officer Jose**

**Defendant**

**Chico**

**Defendant**

**Relative of Wendy Alicea**

**Defendant**

**Larry Hickman**

**Defendant**

**Marie Bitoni**

**Defendant**

**Beth Bitoni**

**Defendant**

**Northeastern University**

**Defendant**

**MIT**

**Defendant**

**Harvard University**

**Defendant**

**Marist College**

**Defendant**

City of Lawrence

**Defendant**

**James Scully**
*Lawrence School Department Superintendent*

**Defendant**

**Bill Carey**
*Lawrence High School Principal*

**Defendant**

**Charles Walker**
*MCAD Commissioner*

**Defendant**

**United Teachers Of Lowell, Local 495, AFT, AFL-CIO**

**Defendant**

**Paul Georges**
*UTL President*

**Defendant**

**Jack O'Brien**
*UTL Representative*

**Defendant**

**Massachusetts Federation of Teachers, AFT, AFL-CIO**

**Defendant**

**MFT Chief Counsel**

**Defendant**

**Jose Henriques**
*Landlord*

**Defendant**

**Ramona Marquez**

**Defendant**

**Carmen Baez**

**Defendant**

**Somphas Sim**

**Defendant**

**Cuquin Baez**

**Defendant**

**Israel Cortez**

**Defendant**

**Melissa Alicea**

**Defendant**

**Jose Alicea**

**Defendant**

**Rosa Bracetti**
*also known as*
Rosa Lopez

**Defendant**

**Oscar Lopez**

**Defendant**

**Hector Marquez**

**Defendant**

**Elizabeth Czarnionka**

**Defendant**

**Others to be added soon**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/05/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Josephine M. Carroll.(Jenness, Susan) (Entered: 08/15/2005) |
| 08/05/2005 | 2 | COMPLAINT against all defendants Filing fee: $ 0.00, receipt number 0.00, filed by James J. Carroll, III, Josephine M. Carroll. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 08/15/2005) |
| 08/05/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 08/15/2005) |
| 09/01/2005 | 3 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered: Plaintiff Josephine M. Carroll's Application to Proceed Without Prepayment of Fees is allowed; Plaintiff James J. Carroll III shall file, within thirty-five (35) days of the date of this Memorandum and Order, a completed Application to Proceed Without Prepayment of Fees; failing which, he shall be dismissed as a Plaintiff in this action. The clerk shall provide Plaintiff James J. Carroll III with a blank Application form; Summonses shall not issue pending preliminary screening of this action pursuant to 28 U.S.C. section 1915.(PSSA1) (Entered: 09/02/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 4 | APPLICATION to Proceed in forma pauperis by James J. Carroll, III. (Edge, Eugenia) (Entered: 09/19/2005) |
| 09/23/2005 | 5 | Judge George A. O'Toole Jr.: FURTHER MEMORANDUM AND ORDER entered re: 4 Motion for Leave to Proceed in forma pauperis: Plaintiff James J. Carroll III's Application to Proceed Without Prepayment of Fees is Denied; Plaintiff James J. Carroll III shall pay the apportioned $125.00 filing fee within thirty-five (35) days of the date of this Memorandum and Order, failing which, he shall be dismissed as a Plaintiff in this action. Summonses shall not issue pending preliminary screening of this action pursuant to 28 U.S.C. 1915. (PSSA1) (Entered: 09/26/2005) |
| 10/18/2005 | | Filing fee: $ 125, receipt number 67515 regarding Order dated 9/23/05. See entry #7 for copy of receipt along with supporting documents showing payment was received. (Edge, Eugenia) Modified on 12/29/2005 to modify text (Edge, Eugenia). (Entered: 12/14/2005) |
| 11/29/2005 | 6 | Judge George A. O'Toole Jr.: FURTHER MEMORANDUM AND ORDER entered: To date, Plaintiff James J. Carroll III has failed to pay the $125.00 filing fee as directed, and has not sought additional time to do so. Accordingly, for failure to pay the filing fee, and failure to comply with the September 23rd Memorandum and Order, it is hereby ORDERED that James J. Carroll III is dismissed without prejudice as a Co-Plaintiff in this action. The clerk is directed to correct the docket accordingly. No summonses shall issue in this action pending preliminary screening pursuant to 28 U.S.C. 1915.(PSSA1) (Entered: 12/02/2005) |
| 12/14/2005 | 7 | Letter and request to be returned to the docket (non-motion) from James J. Carroll, III re: filing fee per order dated 9/23/05. (Edge, Eugenia) (Entered: 12/14/2005) |
| 12/14/2005 | 8 | Document: Ruling in State of New Hampshire case from James Carroll Jr.. (Edge, Eugenia) (Entered: 12/14/2005) |
| 12/19/2005 | 9 | Judge George A. O'Toole Jr.: ORDER VACATING ORDER OF DISMISSAL OF JAMES J. CARROLL III entered: A check with the Accounting Office of the Clerk's Office reveals that James J. Carroll III did make a payment in compliance with the September 23, 2005 Memorandum and Order, although no receipt had been generated for docketing the fact of payment on the Court's CM/ECF electronic filing system. In light of the timely payment by James J. Carroll III of the filing fee, it is hereby ORDERED that the Further Memorandum and Order for dismissal of James J. Carroll III is VACATED. It is FURTHER ORDERED that James J. Carroll III is re-instated as a Co-Plaintiff in this action. The clerk is directed to correct the docket to reflect that James J. Carroll III is a party to this action. No summonses shall issue in this action pending preliminary screening pursuant to 28 U.S.C. 1915.(PSSA, 1) (Entered: 12/20/2005) |
| 12/20/2005 | | Remark: Copy of Memorandum and Order (#9) dated December 19, 2005 sent to James J. Carroll, III, P.O. Box 1041, Windham, NH 03087 |

| | | |
|---|---|---|
| | | (PSSA, 1) (Entered: 12/20/2005) |
| 04/06/2006 | 10 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered: Plaintiffs are ordered to show cause as to why this Complaint should not be dismissed within thirty-five (35) days.(PSSA, 1) (Entered: 04/06/2006) |
| 05/12/2006 | 11 | RESPONSE TO ORDER TO SHOW CAUSE by James J. Carroll, III. (Attachments: # 1 Clarification of Action - pt i# 2 Clarification of Action - pt ii# 3 Clarification of Action - pt iii# 4 Clarification of Action - pt iv) (Edge, Eugenia) (Entered: 05/16/2006) |
| 05/12/2006 | 12 | Exhibit List by James J. Carroll, III.. (Edge, Eugenia) (Entered: 05/16/2006) |
| 07/18/2006 | 13 | Judge George A. O'Toole Jr.: ORDER entered. ORDER DISMISSING CASE with prejudice, and it is hereby Certified that any appeal would not be taken in good faith.(PSSA, 2) (Entered: 07/19/2006) |
| 08/11/2006 | 14 | MOTION for Reconsideration re 13 Order Dismissing Case, MOTION to Vacate by Josephine M. Carroll, James J. Carroll, III.(Edge, Eugenia) (Entered: 08/14/2006) |
| 08/11/2006 | 15 | MOTION for Hearing re 14 MOTION for Reconsideration re 13 Order Dismissing Case MOTION to Vacate by Josephine M. Carroll, James J. Carroll, III.(Edge, Eugenia) (Entered: 08/14/2006) |
| 08/11/2006 | 16 | Request to Preserve Rights of Appeal (non-motion) from James J. Carroll III and Josephine Carroll. (Edge, Eugenia) (Entered: 08/14/2006) |
| 08/11/2006 | 17 | CERTIFICATE OF SERVICE by Josephine M. Carroll, James J. Carroll, III re 15 MOTION for Hearing re 14 MOTION for Reconsideration re 13 Order Dismissing Case MOTION to Vacate, 16 Letter/request (non-motion), 14 MOTION for Reconsideration re 13 Order Dismissing Case MOTION to Vacate. (Edge, Eugenia) (Entered: 08/14/2006) |
| 08/29/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 14 Motion for Reconsideration, denying 14 Motion to Vacate, denying 15 Motion for Hearing ( Copy of this order mailed out to plaintiffs) (Lyness, Paul) (Entered: 08/29/2006) |
| 09/27/2006 | 18 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, Order on Motion to Vacate, Order on Motion for Hearing, 13 Order Dismissing Case by Josephine M. Carroll. $ 0.00 (pending leave in forma pauperis) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/17/2006. (Attachments: # 1 attached documents)(Edge, Eugenia) (Entered: 09/29/2006) |
| 09/27/2006 | 19 | MOTION for Leave to Appeal in forma pauperis by Josephine M. Carroll.(Edge, Eugenia) (Entered: 09/29/2006) |

| 09/27/2006 | 20 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, Order on Motion to Vacate, Order on Motion for Hearing, 13 Order Dismissing Case by James J. Carroll, III. $ 0.00 (pending leave to appeal in forma pauperis) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/17/2006. (Attachments: # 1 attached documents)(Edge, Eugenia) (Entered: 09/29/2006) |
| --- | --- | --- |
| 09/27/2006 | 21 | MOTION for Leave to Appeal in forma pauperis by James J. Carroll, III. (Edge, Eugenia) (Entered: 09/29/2006) |