UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11670

James J. Carroll, III, et al

v.

James J. Carroll, Jr., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-21 document #18 Josephine M. Carroll

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/27/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 2, 2006.

Sarah A Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2558

- 3/06