# United States Court of Appeals
## For the First Circuit

Nos. 06-2558
     06-2559

JAMES J. CARROLL, III, ET AL.,

Plaintiffs, Appellants,

v.

JAMES J. CARROLL, JR., ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: August 8, 2007

The request to recuse Judge Torruella and Judge Lynch is denied.

The motion for reconsideration of this court's orders denying in forma pauperis status is denied because neither in their appellate motions or their appellate brief have plaintiffs established any colorable basis for appeal. See, e.g., Lucien v. Roegner, 682 F.2d 625, 626 (7th Cir. 1982) (where claims are legally frivolous leave to appeal in forma pauperis should be denied). As plaintiffs have not paid the filing fees, the appeals are dismissed, and plaintiffs' motion to stay the dismissals is denied.

<u>Dismissed</u>.

By the Court:

Richard Cushing Donovan, Clerk.
MARGARET CARTER

By:_____
         Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:  OCT 26 2007

[cc: Ms. Carroll and Mr. Carroll]